## In re: CHECKING ACCOUNT OVERDRAFT LITIGATION

**Maxine Aarons Given, Individually and on behalf of all other similarly situated, Plaintiff–Appellee,**

v.

**M & T Bank Corporation, a New York corporation, individually and operating by and through M & T Bank, Manufacturers and Traders Trust Company, a.k.a. M & T Bank, Defendants–Appellants.**

No. 10–12375.

United States Court of Appeals, Eleventh Circuit.

April 29, 2011.

Edward Adam Webb, G. Franklin Lemond, Jr., Webb, Klase & Lemond, L.L.C., Atlanta, GA, Scott C. Borison, Legg Law Firm LLC, Frederick, MD, Nicholas A. Carlin, R. Scott Erlewine, David M. Given, Phillips, Erlewine & Given LLP, San Francisco, CA, Anthony C. Depastina, Civil Justice Inc., Baltimore, MD, Robert C. Gilbert, Bruce Rogow, Alters Law Firm, Miami, FL, for Plaintiff–Appellee.

Matthew R. Alsip, James A. Dunbar, Heather Mitchell, John T. Prisbe, Venable LLP, Baltimore, MD, for Defendants–Appellants.

---

* Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Concepcion,* —— U.S. ——, 131 S.Ct. 1740, —— L.Ed.2d —— (2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

1. This is an unlimited remand.